Argued and submitted October 27, 1989, affirmed April 4, 1990

# STATE OF OREGON,
*Respondent,*

*v.*

# DAVID AUSTIN,
*Appellant.*

## (P000566; CA A60583)
789 P2d 18

Glenn N. Solomon, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Katherine H. Waldo, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

**PER CURIAM**

Defendant appeals his conviction for driving under the influence of intoxicants. ORS 813.010. He contends that the court erred by admitting certain documents; he contends that they are hearsay.

The evidence of defendant's guilt was overwhelming and any error in admitting the documents was harmless beyond a reasonable doubt.

Affirmed.